**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

—————————————————————————— x
—

| | |
|---|---|
| IRON WORKERS LOCAL 16 PENSION FUND, Individually and Derivatively on Behalf of Nominal Defendant H&R Block, Inc., | ) ) ) ) )   CASE NO. 4:06-CV-00466-ODS |

IRON WORKERS LOCAL 16 PENSION FUND,
Individually and Derivatively on Behalf of Nominal )   CASE NO. 4:06-CV-00466-ODS
Defendant H&R Block, Inc.,                          )
                                                     )
                        Plaintiff,                   )
                                                     )
 -against-                                           )
                                                     )
MARK A. ERNST, et al.,                               )
                                                     )
                        Defendants,                  )
                                                     )
 -and-                                               )
                                                     )
H&R Block, Inc., a Missouri Corporation,             )
                                                     )
                        Nominal Defendant.           )
—————————————————————————— x
—
                                                     )
                                                     )
                                                     )
MOMENTUM PARTNERS, Individually and Derivatively on )
Behalf of Nominal Defendant H&R Block, Inc.,         )   CASE NO. 4:06-CV-00465-FJG
                                                     )
                        Plaintiff,                   )
                                                     )
 -against-                                           )
                                                     )
MARK A. ERNST, et al.,                               )
                                                     )
                        Defendants,                  )
                                                     )
 -and-                                               )
                                                     )
H&R Block, Inc., a Missouri Corporation,             )
                                                     )
                        Nominal Defendant.           )
—————————————————————————— x
—


**MOTION TO CONSOLIDATE AND COORDINATE SHAREHOLDERS' DERIVATIVE
ACTIONS, TO APPOINT LEAD COUNSEL, AND TO ESTABLISH PLAINTIFFS'
<u>STEERING COMMITTEE</u>**

**MOTION TO CONSOLIDATE AND COORDINATE SHAREHOLDERS' DERIVATIVE ACTIONS, TO APPOINT LEAD COUNSEL, AND TO ESTABLISH PLAINTIFFS' <u>STEERING COMMITTEE</u>**

Plaintiffs Iron Workers Local 16 Pension Fund and Momentum Partners hereby respectfully move this Court for an order in the form submitted herewith (1) to consolidate Case 4:06 -CV-00465-FJG with Case 4:06-CV-00466-ODS; (2) to appoint Ironworkers Local 16 Pension Fund and Momentum Partners as Lead Plaintiffs; (3) to appoint LABATON SUCHAROW & RUDOFF and THE PASKOWITZ LAW FIRM, P.C. as Co-Lead Counsel and THE NYGAARD LAW FIRM as Liaison Counsel; (4) to establish a Derivative Plaintiffs' Steering Committee consisting of all plaintiffs in the Securities Fraud Derivative Actions and the Block Sales Practices Derivative Actions, with Plaintiff Iron Workers to serve as Chairman of the Steering Committee.

In support of this motion Plaintiffs Iron Workers Local 16 Pension Fund and Momentum Partners refer the Court to Plaintiffs' Suggestions in Support of Motion to Consolidate and Coordinate Shareholders' Derivative Actions, To Appoint Lead Counsel, and to Establish Plaintiffs' Steering Committee filed contemporaneously herewith and incorporated herein by reference.

Respectfully submitted,

Dated: July 11, 2006

_____*/s/ Susan F. Meagher*_____

Diane A. Nygaard (MO Bar #47240)
Susan F. Meagher (MO Bar #56037)
Jason M. Kueser (MO Bar #57453)

**THE NYGAARD LAW FIRM**
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
Telephone: (816) 531-3100
Facsimile: (816) 531-3600
***Attorneys for Plaintiffs***

**LABATON SUCHAROW**
**& RUDOFF LLP**
Ira A. Schochet
Michael S. Marks
100 Park Avenue
New York, New York 10017
Phone: (212) 907-0700
Fax: (212) 818-0477
***Attorneys for Plaintiff Iron Workers***
***Local 16 Pension Fund***


**THE PASKOWITZ LAW FIRM, P.C.**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
Telephone: (212) 685-0969
Facsimile: (212) 685-2306
***Attorneys for Plaintiff Momentum***
***Partners***

**Certificate of Service**

       I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the counsel of record.

                                       _____*/s/ Susan F. Meagher*_____
                                       ***An Attorney for Plaintiffs***